KATHLEEN MACALUSO, an Infant, by SAMUEL T. MACALUSO, JR., Her Guardian ad Litem, et al., Plaintiffs, v. ERNEST TENUTA et al., Defendants. MARIETTA MACALUSO, Plaintiff, v. ERNEST TENUTA, Defendant.— Appeals dismissed, without costs, upon stipulation.

In the Matter of the Accounting of WALTER S. FORSYTH, as Administrator with the Will annexed of ISABELLE S. KEYS, Deceased.— Appeal dismissed, without costs, upon stipulation.

ISADORE M. SHAPERO, Appellant, v. STATE OF NEW YORK, Respondent. ROSE R. SHAPERO, Appellant, v. STATE OF NEW YORK, Respondent.— Appeals dismissed, without costs, upon stipulation.

THE PEOPLE OF THE STATE OF NEW YORK ex rel. MARCEL J. CARIGNAN, Relator, against ROBERT E. MURPHY, as Warden of Auburn Prison, Respondent. THE PEOPLE OF THE STATE OF NEW YORK, Appellant.— Appeal dismissed, without costs, upon stipulation.

PATRICIA S. HOFFMAN, as Administratrix of the Estate of DONALD F. HOFFMAN, Deceased, Appellant, v. MOHAWK CONTAINERS, INC., et al., Respondents.— Appeal dismissed, without costs, upon stipulation.

MICHAEL GOLDMAN, Appellant, v. DODDS ALDERNEY DAIRY, INC., Respondent.— Appeal dismissed, without costs, upon stipulation.

LOU BROWN, Doing Business as WELLMAN MILL, Respondent, v. ELLIS DELAHOY, Appellant, et al., Defendant.— Appeal dismissed, with $10 motion costs, for failure to comply with previous order.

In the Matter of the Probate of the Will of CLARENCE A. BARNES, Deceased.— Appeal from decree entered February 23, 1954, dismissed, with $10 motion costs for failure to comply with previous order.

CLIFFORD GATELY, Appellant, v. STATE OF NEW YORK, Respondent.— Motion granted and appeal dismissed, without costs.

PAUL CATALANO, Appellant, v. STATE OF NEW YORK, Respondent.— Motion granted and appeal dismissed, without costs.

MARY DUNSMOOR, Appellant, v. MERL PRICE et al., Respondents.— Motion granted and appeal dismissed, with costs, together with $10 motion costs.